IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLTON G. JOYNER,**

        **Petitioner,**

v.                                   **Case No. 4:13cv283-MW/CAS**

**JULIE L. JONES, Secretary,
Department of Corrections,**

        **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 35, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 36.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Petitioner's amended § 2254 petition, ECF No. 10, the motion to stay, ECF No. 32, and the request for judicial notice, ECF No. 34, are **DENIED**.  A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**."   The

1

Clerk shall close the file.

**SO ORDERED on April 10, 2016.**

<u>**s/Mark E. Walker**</u>   ____
**United States District Judge**
